U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 19 2011
CLERK, U.S. DISTRICT COURT
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ALBERT V. JESSEP, §
　§
Petitioner, §
　§
　§
v. § 2:11-CV-137
　§
　§
THE STATE OF TEXAS, §
　§
Respondent. §

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On July 28, 2011, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein the instant habeas application be dismissed. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed of record.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, the petition for a writ of habeas corpus is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this 19th day of August, 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE